UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00234 |
| | ) | JUDGE SHARP |
| ERICA WATKINS | ) | |
| ROBERT ADAMS, III | ) | |

## ORDER

Pending before the Court is Defendant Adams' Sealed Motion (Docket No. 49) and Defendant Watkins' Sealed Motion (Docket No. 51).

The motions are GRANTED and the sentencing hearings set for December 10, 2012 are hereby continued to April 8, 2013 at 10:00 a.m.

The parties shall file with the Court any unresolved objections, motions for downward departure, position papers, sentencing memoranda, or any other motion no later than seven (7) days prior to the sentencing hearing. Any responses shall be filed no later than three (3) days before sentencing.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE