UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-00234-1 |
| | ) | JUDGE SHARP |
| ERICA WATKINS | ) | |

## ORDER

Pending before the Court is Defendant's Sealed Motion (Docket No. 75) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for April 18, 2014, is hereby continued to Friday, October 24, 2014, at 1:30 p.m.

The parties shall file with the Court any unresolved objections, motions for downward departure, position papers, sentencing memoranda, or any other motion no later than seven (7) days prior to the sentencing hearing. Any responses shall be filed no later than three (3) days before sentencing.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE